UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE NOEL ALVARADO, | ) | 1:06-CV-01557 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #6] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| JEFF WRIGLEY, et al., | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 29, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, Petitioner failed to submit a completed application to proceed in forma pauperis or pay the filing fee as ordered by the Court on December 8, 2006. The Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten court days (plus three days for mailing) of the date of service of the order.  The time for filing objections has passed and no party has objected.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
2  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
3  and Recommendation is supported by the record and proper analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. The Findings and Recommendation issued January 29, 2007, is ADOPTED IN FULL;
6  2. The petition for writ of habeas corpus is DISMISSED;
7  3. The Clerk of the Court is DIRECTED to enter judgment.
8  IT IS SO ORDERED.
9  **Dated:   March 6, 2007**                     **/s/ Lawrence J. O'Neill**
   b9ed48                                               UNITED STATES DISTRICT JUDGE